

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00731-CR

Stephanie M. **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0086W
Honorable Melisa Skinner, Judge Presiding

## O R D E R

Appellant has filed a *pro se* motion to dismiss this appeal. The motion to dismiss does not comply with Rule 42.2(a) because it is not signed by appellant's attorney. *See* TEX. R. APP. P. 42.2(a) (providing the appellate court may dismiss an appeal in a criminal case upon the appellant's written motion if it is signed by both the appellant and her attorney). Accordingly, the motion to dismiss is DENIED for failure to comply with Rule 42.2(a), without prejudice to re-filing of a motion to dismiss that complies with Rule 42.2(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court